IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER AND KIM FINDLEY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 04-1105-CV-W-DW ) |
| JAY WOLFE DODGE CHRYSLER JEEP | ) ) ) |
| Defendant. | ) ) |

ORDER

Pending before the Court is the parties' Stipulation of Dismissal (Doc. 8). Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE with each party to bear its own costs. See FED. R. CIV. P. 41. The clerk of the court shall mark this case as closed.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: November 22, 2005